[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-14327
Non-Argument Calendar
_____

D.C. Docket No. 4:19-cr-00028-MW-CAS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SOPHIA QUILL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(August 21, 2020)

Before WILSON, BRANCH, and FAY, Circuit Judges.

PER CURIAM:

Michael Robert Ufferman, counsel for Sophia Quill in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Quill's convictions and sentences are **AFFIRMED**.